# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# 1:10MJ70-DSC

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>GREGORY K. YOUNG, II,<br><br>Defendant. | ORDER |

**THIS MATTER** is before the Court on the "Motion to Dismiss-Complaint and Warrant" (document #5), filed December 16, 2010. For the reasons stated therein, the Motion is **GRANTED**, that is, the above-captioned Complaint and Warrant are dismissed without prejudice as to this Defendant only.

The Clerk is directed to certify copies of this Order to the U.S. Attorney's Office, U.S. Marshals Service and the U.S. Probation Office.

**SO ORDERED**.

Signed: December 16, 2010

David S. Cayer
United States Magistrate Judge